STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 09 2000

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

3:55

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00058 ACK |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | [18 U.S.C. §§ 1001(a)(2) and 2243(a)] |
| ) | |
| WILLIAM GEORGE HAYES II, ) and JANICE K. HAYES, ) | |
| ) | |
| Defendants. ) | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

Between on or about January 21, 1997, and on or about February 20, 1999, in the District of Hawaii, within the special maritime and territorial jurisdiction of the United States, WILLIAM GEORGE HAYES, II, Defendant herein, did knowingly engage in a sexual act, which included but is not limited to, contact

between the penis and the vulva, the penis and the anus, the mouth and the penis, the mouth and the vulva, and penetration, however slight, of the anal and genital opening by finger, of another person, identified herein as C.H., who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than the Defendant.

All in violation of Title 18, United States Code, Section 2243(a).

## COUNT 2

The Grand Jury further charges that:

Between on or about June 1, 1997, and on or about August 31, 1997, in the District of Hawaii, within the special maritime and territorial jurisdiction of the United States, WILLIAM GEORGE HAYES, II, Defendant herein, did knowingly engage in a sexual act, which included but is not limited to, penetration, however slight, of the genital opening by finger, of another person, identified herein as C.A., who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than the Defendant.

All in violation of Title 18, United States Code, Section 2243(a).

///

///

COUNT 3

The Grand Jury further charges that:

On or about October 14, 1999, in the District of Hawaii, JANICE K. HAYES, Defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation ("FBI") and the Army Criminal Investigation Division ("CID"), agencies of the United States, did knowingly and willfully make materially false, fictitious, and fraudulent statements and representations, in that during the course of an interview by investigators surrounding the sexual abuse of a minor, identified herein as "C.H.," by William George Hayes, II, Defendant JANICE K. HAYES orally stated and represented to said investigators:

1. That JANICE K. HAYES was never informed by any person that William George Hayes, II, had molested C.H.;

2. That JANICE K. HAYES was never told by C.H. that she had been molested by William George Hayes, II; and

3. That JANICE K. HAYES never witnessed William George Hayes, II, molesting C.H.;

when in truth and in fact, Defendant JANICE K. HAYES then and there well knew:

A. That JANICE K. HAYES had previous been informed by others that William George Hayes, II, had molested C.H.;

3

    B.    That JANICE K. HAYES had previously been told by C.H. that she had been molested by William George Hayes, II; and

    C.    That JANICE K. HAYES had previously witnessed William George Hayes, II, molesting C.H.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED:    February 9   , 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
UNITED STATES ATTORNEY

_____
FIRST ASSISTANT U.S. ATTORNEY

_____
ASSISTANT U.S. ATTORNEY

<u>United States v. William Hayes, et al.</u>
Cr. No. 00-
Indictment

4