April 17, 2006

Dear Sir/Madam,

This letter is in reference to Criminal No. 00-00058ACK; USAO number 2001Z00254/002. The purpose of this letter is to make a correction to my mailing address, my correct mailing/living address is as follows:

    WILLIAM G. HAYES II
    32010 HWY 27, LOT #F19
    HAINES CITY, FL 33844
    (863)-651-2037

*William G. Hayes II*

RECEIVED
CLERK U.S. DISTRICT COURT
APR 24 2006
DISTRICT OF HAWAII