PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

## for the

### DISTRICT OF HAWAII

JUL 24 2006

at 9 o'clock and 49 min. A M
SUE BEITIA, CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  WILLIAM GEORGE HAYES II    Case Number:  CR 00-00058ACK-01

Name of Sentencing Judicial Officer:   The Honorable Alan C. Kay
Senior U.S. District Judge

Date of Original Sentence:  5/29/2001

Original Offense:   Counts 1 and 2:  Sexual Abuse of a Minor, in violation of 18 U.S.C. § 2243(a), a Class C felony

Original Sentence:   Eighty-four (84) months imprisonment, as to each of Counts 1 and 2, all such terms to be served concurrently and three (3) years supervised release as to each of Counts 1 and 2, all terms to be served concurrently.  The following conditions were ordered: 1) That the defendant is prohibited from possessing any illegal or dangerous weapons; 2) That the defendant shall provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office; 3) That the defendant participate in a mental health program to include sexual offender treatment at the discretion and direction of the Probation Office; and 4) That the defendant is prohibited from employment and activities involving unsupervised contact with minor children.  The Court also ordered that restitution of $4,807 is due immediately to the Tripler Army Medical Center, Resource Management, 1 Jarrett White Road, Tripler AMC, Hawaii 96859-5000, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

<u>Type of Supervision:  Supervised Release    Date Supervision Commenced:  2/22/2006</u>

Prob 12B
(7/93)

2

## PETITIONING THE COURT

[X]  To modify the conditions of supervision as follows:

5)  *You shall participate in a mental health program specializing in sexual offender treatment approved by the probation officer, and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing and Computer Voice Stress Analysis (CVSA). Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment in conformance with the Probation Officer's Sliding Scale for Treatment Services.*

6)  *You shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.*

7)  *You shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.*

8)  *You are prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.*

9)  *You shall submit to a search of your person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall inform any other residents that the premises, may be subject to a search pursuant to this condition.*

## CAUSE

The subject's term of supervised release commenced on 2/22/2006 in the Middle District of Florida (MD/FL). The U.S. Probation Office in that district has been supervising the subject as a courtesy to the U.S. Probation Office, District of Hawaii.

On 5/30/2006, our office received a letter from the subject's supervising probation officer in the MD/FL which related that the subject was in compliance with a referral for sex offender treatment, to include the completion of a polygraph test.

Prob 12B
(7/93)

3

However, considering the nature and circumstances of the offense, the subject's probation officer requested the above-outlined additional conditions of supervised release in order to more adequately supervise the subject. These requested conditions will also serve as additional safeguards for the protection of the community and as added deterrence to new criminal conduct. Our office concurs with the need for the proposed modifications.

    Therefore, it is respectfully recommended that the subject's supervised release be modified as requested by the MD/FL. As indicated by his signature on the attached waiver of hearing form (PROB 49), the subject has no objections to the added conditions. The subject waives his right to a hearing and to assistance of counsel. Nonetheless, the subject's attorney and the U.S. Attorney's Office were notified of the proposed modifications and have no objections.

Respectfully submitted by,

ALYSA K. MAKAHANALOA
U.S. Probation Officer Assistant

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 7/19/2006

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision
[X] The Modification of Conditions as Noted Above
[ ] Other

ALAN C. KAY
Senior U.S. District Judge

7/21/06
Date

PROB 49
(3/90)

# United States District Court

Middle District of Florida

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. You shall participate in a mental health program specializing in sexual offender treatment approved by the probation officer, and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing and Computer Voice Stress Analysis (CVSA). Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

2. A You shall register with the state sexual offender registration agency(s) in any state where you reside, visit, are employed, carry on a vocation, or are a student, as directed by the probation officer.

3. You shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

4. You are prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

5. You shall submit to a search of your person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall inform any other residents that the premises, may be subject to a search pursuant to this condition.

Witness: _Marilyn S. Taylor_
Marilyn S. Taylor
U.S. Probation Officer

Signed: _William G. Hayes, II_
William G. Hayes, II
Probationer or Supervised Releasee

Date: 5/4/06