EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
Facsimile:  541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00058-001 |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM GEORGE HAYES, II, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

RELEASE OF NOTICE OF LIEN

      The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on May 29, 2001, a Judgment In A Criminal Case was entered against William George Hayes, II, (SSN: XXX-XX-2075) in the U.S. District Court, District of Hawaii, ordering payment of special assessment of $200.00 and restitution of $4,807.00.

  A Notice of Lien For Fine And/Or Restitution Imposed Pursuant To The Anti-Terrorism And Effective Death Penalty Act Of 1996 was recorded on August 1, 2001 at the Bureau of Conveyances, State of Hawaii, Document No. 2001-119814.

  The special assessment and restitution amounts have been fully satisfied.

  DATED: <u>March 18, 2008</u>, at Honolulu, Hawaii.

      EDWARD H. KUBO, JR.
      United States Attorney
      District of Hawaii

      /s/ Edric M. Ching

By: _____
   EDRIC M. CHING
   Assistant U.S. Attorney

Attorneys for Plaintiff